IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

Jose A Perez
    Plaintiff

V                              Case #

Joseph R. Biden , in his official
Capacity , as President of the
United States;  Merrick B. Garland ,
In his official Capacity as
US Attorney Geberal , US
Department Of Justice
    Defendants

_____ /

**EMERGENCY COMPLAINT**
**FOR PRELIMINARY AND PERMANENT INJUNCTION**

**INTRODUCTION AND STATEMENT OF FACTS**

**COUNT 1**

**INFRINGEMENT UPON**
**THE RIGHTS TO VOTE AND TO ELECTION INTEGRITY**

The evidence will show that (a) Defendant Biden is determined   to prevent

President Donald J Trump from reoccupying the Whitehouse.   He is on the record

as threatening to do whatever is necessary to prevent President Trump from

running again[1]. (b) President Biden has bragged about having created **"the most extensive and inclusive voter fraud organization in the history of American politics"** [2]. (c) The TV Network One America News (OANN), has shown a Documentary wherein Information Technology (IT) Professionals demonstrated that they could change votes from one candidate to another **IN REAL TIME *WITHOUT CREATING ANY TRACEABLE EVIDENCE*** [3]

Sycophantic prosecutors affiliated with President Biden and the Democratic Party[4], ie, Defendant Merrick B Garland; Alvin L Bragg, Manhattan , NYC District Attorney and Fanni T Willis , the Fulton County, Georgia District Attorney have conducted an incessant, scorched earth , meritless , unprecedented unconstitutional attack against Presidential Candidate Donald J Trump by weaponizing law enforcement agencies[5] .

The Eighth Circuit Court of Appeals has ruled that : (a) The Constitution of the United States protects the right of all qualified citizens, such as Plaintiff Perez,

---

[1] DC_Draino on Twitter: "And there it is - he said the quiet part out loud Biden all but confirmed that his team is coordinating these Trump indictments to "stop Trump from taking power again" https://twitter.com/DC_Draino/status/1642984137765302272?lang=en

[2] https://www.foxnews.com/politics/biden-voter-fraud-organization-video-gaffe

[3] https://www.oann.com/video/pearsonsharpreports/democrats-flip-flop-on-election-security-warned-of-vulnerable-voting-systems-before-2020-elections/

[4] Allegations of a "pattern of practice" of persecution and harassment by governmental entities satisfy Rule 20 , FRCP , "same transaction requirement" , Mosley v General Motors Corp., 497 F. 2d 1330, 1331-133 (8th Cir-1974) ; Reyna v IBC , 839 F. 3d 373, 373 FN2 (5th Cir-2016)

[5] Get Trump by Alan Dershowitz, Skyhorse Publishing , ISBN 978-1-5107-7781-1

to vote and to have their votes counted[6]. (b) it recognizes that the right to vote freely for the candidate of one's choice is of the essence of a democratic society, and any restrictions on that right strike at the heart of representative government[7]. *(c)* the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized.[8]"

Consequently , the Eighth has ruled that it has the authority to enjoin any act which interferes with the rights to vote and to election integrity[9] . The Eighth Circuit has declared that it is always in the public interest to protect Constitutional rights[10] Likewise, , they have stated, it is in the public interest to maintain the integrity of elections by ensuring the ability to count ballots cast according to law[11]. Interfering with the elections prevents voters from casting ballots.

---

[6] Perkins v City of West Helena, 675 F. 2d 201, 204 (8th Cir-1982) Citing *Reynolds v. Sims, 377 US 533* (1964)

[7] Ibid citing *Reynolds v. Sims, supra , 377 US at 554* .

[8] Ibid citing Reynolds v. Sims, supra , 377 US at 560

[9] Means v. Wilson, 522 F.2d 833 (8th Cir-1975) citing Griffin v. Breckenridge, 403 US 88  101-102 (1971) and 42 USC 1985(3); Accord : Allen v Milligan , Docket 21-1271 Slip Opinion Page 3 citing Marbury v Madison , 1 Cranch 137 (1803)

[10] *Carson v. Simon, 978 F.3d 1051, 1061 (8th Cir. 2020)*

[11] Ibid

According to the Eighth Circuit the mission of The Attorney General and the US Department is to ensure that the Constitution is enforced as the Supreme Law of Law of the Land and the protection of the constitutional rights of all Americans secured therewith[12].

## COUNT 2

## **FALSE CLAIMS ACT**

In Biden v Missouri [13] the Health and Human Services (HHS) Secretary represented to the US Supreme Court that the covid19 jab was 80% effective in **protecting** patients from a covid19 infection [14]

Attachment 1, is a true and correct copy, of a contract between the Department of Defense (DOD) and Pfizer dated 21 July 2020. . Pfizer promises therein to deliver , a vaccine which provides **PROTECTIVE  RELIEF** [15].

---

[12] Isaaacs v US, 301 F.2d 706, 736 (8th Cir-1962) citing *Berger v. United States, 295 US 78, 85,* (1935).
[13]
https://www.supremecourt.gov/DocketPDF/21/21A240/207150/20220103092323377_21A240%2021A241%20-%20Government%20Combined%20Reply%20final.pdf - Government's Brief

[14] Ibid @ page 7 [The rule's vaccination "requirement[]" protects "the health and safety of" patients within the plain meaning of those statutes. 42 U.S.C. 1395x(e)(9). Most immediately -- and most importantly -- requiring facilities to ensure that healthcare workers are vaccinated against COVID-19 substantially reduces the likelihood that those workers will contract the virus and transmit it to patients. 86 Fed. Reg. at 61,558; see ibid. (citing study finding that vaccination was "**80 percent effective in preventing * * * infection***** among frontline workers") (emphasis added)
[15] Excerpt , Pages 1-3 ; Page 3, ¶ 3

Attachment 2 shows that that US Law requires that before a compound can be considered a vaccine it must <u>prevent infections</u>[16].

Congress requires that the approval of new drugs must be based upon properly conducted clinical trials and scientific principles [17]. But after the US Patent and Trademark office REJECTED[18] a similar substance , previously submitted by Giuseppe Scala , Anthony Fauci, et al , neither Pfizer nor Moderna applied for a patent before releasing the same to the marketplace even though the same is required by, inter alia, 21 USC 355(b)(A)(viii).

On October 11th, 2022 Janine Small, Pfizer's president of international developed markets, admitted UNDER OATH to the European Parliament that its vaccine "**<u>had never been tested before its release to the general public</u> <u>on its</u> <u>ability to prevent the transmission of COVID</u>"** [19] [20] [21] . Pfizer CEO , Albert

---

[16] Attachment 2' In Re: Giuseppe Scala
    Application 09/869,003 (USPTO-2004)
Citing Illustrated Dictionary of Immunology and Fundamental Immunology by William E Paul; see also 26 USC 4132(a)(2).
[17] Edison Pharm Co v FDA, 600 F. 2d 831, 843 (DC Cir-1979) ; Holland Rantos Co v US Dept of Health and Welfare , 587 F.2d 1173, 1174 (DC Cir-1978) ; citing 21 USC 355 (d) (approval of new drugs must be based upon scientific principles); see also 21 USC 321(p)
[18] FN 6 , supra
[19] https://lynnwoodtimes.com/2022/10/11/covid-transmission-221011/
[20] https://www.facebook.com/truenorthcentre/videos/pfizer-executive-janine-small-admits-to-eu-parliament-that-pfizer-did-not-test-t/1280812802732527/
[21] Pfizer didn't know if Covid vaccine stopped transmission before rollout | news.com.au — Australia's leading news site

Bourla, has twice refused to appear before the European Parliament to refute Janine Small's testimony under oath [22].

(c) The CDC's Director, Rachelle Walensky, has also admitted that the covid jab is NOT PROTECTIVE [23];

According to the Yale University School of Medicine the effectiveness of a vaccine is calculated by how well a vaccine PREVENTS DISEASE[24].

According to the International Journal of Vaccine , Practice and Research it is unprecedented in US Medicine history for a vaccine to be deployed for general adult and pediatric use which makes no claims about reducing infections, transmissibility or deaths[25].Therefore, the authors concluded that the "vaccine was worse than the disease[26].

**PARTIES**

Jose A Perez is a natural individual born in the United States

Defendant Joseph R. Biden, Jr., is the President of the United States of America. He is sued in his official capacity.

---

[22] https://www.politico.eu/article/pfizer-coronavirus-albert-bourla-europea-union-refuses-testify/

[23] https://www.audacy.com/kmox/news/national/cdc-director-says-vaccines-are-not-preventing-transmission

[24] https://www.yalemedicine.org/news/covid-19-vaccine-efficacy-and-effectiveness

[25] https://www.riotimesonline.com/wp-content/uploads/2022/02/Worse-than-the-desease.pdf

[26] Ibid

Defendant Merrick B. Garland is the US Attorney General who is being sued in his official capacity

Defendant United States Department of Justice (DOJ) is an independent federal agency .

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 5 U.S.C. §§ 702–703 and 28 U.S.C. §§ 1331, 1361, and 2201. . This Court is authorized to award the requested declaratory and injunctive relief under 5 U.S.C. §§ 702 and 706, 28 U.S.C. §§ 1361 and 2201–2202, and its inherent equitable powers.

Jurisdiction is also invoked pursuant to 31 U.S.C. § 3730(b), the qui tam provision of the False Claims Act ("FCA"). Pendent Jurisdiction pursuant to Missouri Constitution Article 1, Sections 1 and 25.

Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(e). Defendants are United States agencies or officers sued in their official capacities.

## CONCLUSION

For the reasons identified hereinabove , an Order ought to be issued directing Defendants Garland , Manhattan DA Alving Bragg and Fulton County Georgia DA Fanni T Willis not to proceed against Presidential Candidate Donald J Trump before December 2024 in any way shape or form

Pursuant to 21 USC 3730(b)(2) Mr Perez respectfully requests that an

Order be issued granting Mr. Perez leave of Court to serve and proceed

against Pfizer if the Government fails or refuses to proceed against Pfizer

after the 60 days notice.

Respectfully Submitted,

Jose A Perez
2128 William Street #273
Cape Girardeau, MO 63703
theaesculapius@gmail.com



**DEPARTMENT OF THE ARMY**
**U.S. ARMY CONTRACTING COMMAND – NEW JERSEY**
**PICATINNY ARSENAL, NEW JERSEY 07806-5000**

REPLY TO
ATTENTION OF

21 July 2020

Army Contracting Command – New Jersey
ACC-NJ, Building 9
Picatinny Arsenal, NJ 07806

**SUBJECT:** Technical Direction Letter for Medical CRBN Defense Consortium (MCDC), Request for Prototype Proposals (RPP) 20-11, Objective PRE-20-11 for "COVID-19 Pandemic – Large Scale Vaccine Manufacturing Demonstration" (Pfizer, Inc.)

**REF:** Prizer Request for Technical Direction Letter, RPP 20-11 under OTA W15QKN-16-9-1002 for Objective PRE-20-11, dated 20 July 2020

Advanced Technology International
ATTN: (b) (6) , Sr. Contracts Manager
315 Sigma Drive
Summerville, SC 29486

Dear (b) (6) ,

The Army Contracting Command – New Jersey (ACC-NJ), in supporting the Joint Project Manager – Medical Countermeasure Systems (JPM-MCS), issued MCDC RPP 20-11 on 09 June 2020. Members of the MCDC submitted proposals in accordance with this RPP. The Government received and evaluated all proposal(s) submitted and a Basis of Selection has been executed, selecting Pfizer, Inc. as the awardee. The Government requests that a Firm-Fixed-Price Project Agreement be issued to Pfizer, Inc. to award this proposal under Other Transaction Agreement W15QKN-16-9-1002, to be performed in accordance with the attached Government Statement of Work (SOW).

Based upon the acceptable update of Pfizer, Inc.'s proposal for "COVID-19 Pandemic – Large Scale Vaccine Manufacturing Demonstration" and 1) The Project Agreement Recipient's concurrence with the requirements included in the Government SOW; 2) An acceptable milestone schedule that meets SOW requirements, and; 3) The price proposed that has been analyzed by the Government, you are hereby directed to issue a Project Agreement to Pfizer, Inc. for the subject project. The total project value has been determined fair and reasonable and Pfizer, Inc.'s proposal has been selected IAW the above referenced Basis of Selection.

The total approved cost to the Government for this effort is not to exceed $1,950,097,500.00. The break-out of the costs is as follows: $1,950,000,000.00 to perform project efforts included in the SOW and $97,500.00 for the Consortium Management Firm (CMF) Administrative Cost. The CMF Administrative Cost was approved as a "Special Allocation" for Operation Warp Speed (OWS) Prototype Projects executed under the MCDC OTA. The effort currently has $1,950,097,500.00 of available funding, comprised of $1,950,000,000.00 for the Project Agreement, $67,500.00 for the CMF Special Allocation, and $30,000 for other, non G&A, ATI costs, which will be incurred, tracked,

ATTACHMENT 1 (3 pages)

and invoiced in accordance with Article V of the OTA. The COVID-19 work shall be tracked separately using the funding obligated via modification P00076. In alignment with the special allocation conditions, it is noted that this project has a base period of performance ██████████ ██████, with a projected completion date of ██████████. A customized clause for the special allocation, will be incorporated into the funding modification for this prototype project.

The prime contractor is considered a small business, nontraditional defense contractor, or nonprofit research institution and determined to be providing a significant contribution. The affirmation of business status certifications submitted as part of the proposal are hereby incorporated into the agreement. The contractor shall notify the MCDC CMF of any deviation from the final proposed affirmation of business status certifications that would affect the contributions of the small business, nontraditional defense contractor, or nonprofit research institution as proposed.

In accordance with 10.U.S.C. 2371b(f), and upon a determination that the prototype project for this transaction has been successfully completed, this competitively awarded prototype OTA may result in the award of a follow-on production contract or transaction without the use of competitive procedures.

**Points of Contact:**

Agreements Specialist:
(b) (6)
E-mail: (b) (6)
Phone: (b) (6)

Agreements Officer:
(b) (6)
E-mail: (b) (6)
Phone: (b) (6)

Regards,



X (b) (6)

(b) (6)
Agreements Officer
Signed by: (b) (6)

Attachments:
Attachment 1: MCDC2011-003 -- Pfizer - 7-21-2020
Attachment 2: SOW Appendix 1 Clause for MCDC Consortium Other Transaction Authority Agreements

**Statement of Work**
**For**
**COVID-19 PANDEMIC–LARGE SCALE VACCINE MANUFACTURING
DEMONSTRATION**

**RPP #:** 20-11
**Project Identifier:** 2011-003
**Consortium Member:** Member
**Title of Proposal:** COVID-19 Pandemic--Large Scale Vaccine Manufacturing Demonstration
**Requiring Activity:** Joint mission between the Department of Health and Human Services and
Department of Defense to combat COVID-19

## 1.0    INTRODUCTION, SCOPE, AND OBJECTIVES

### 1.1 Introduction

This Statement of Work (the "Statement of Work") is hereby entered into, effective as of July 21,
2020, pursuant to that certain Project Agreement by and between MCDC and Pfizer dated as of
July 21, 2020 ("this Agreement" or "Project Agreement").

An outbreak of respiratory disease caused by a novel coronavirus was first detected in China in
late 2019 and has now spread worldwide, including the United States ("US"). The virus has been
named Severe Acute Respiratory Disease Coronavirus-2 ("SARS-CoV-2") and causes
Coronavirus Disease 2019 ("COVID-19"). On January 30, 2020, the International Health
Regulations Emergency Committee of the World Health Organization ("WHO"), declared the
outbreak a "Public Health Emergency of International Concern". On January 31, the US
Department of Health and Human Services Secretary ("HHS"), Alex M. Azar II, declared a Public
Health Emergency for the US to aid the nation's healthcare community in responding to COVID-
19. On March 11, 2020, WHO publicly characterized COVID-19 as a pandemic. On March 13,
2020 the President of the United States declared the COVID-19 outbreak a national emergency.
The Government has identified COVID-19 vaccine candidates that are progressing rapidly through
advanced research and development activities.

Therefore, in response to a request by the Government, Pfizer is proposing to manufacture at-scale
and fill-finish, for provision to the Government, a state-of-the-art candidate vaccine, developed in
collaboration with BioNTech and <u>capable of providing protection against the SARS-CoV-2 threat</u> 
and related coronaviruses, subject to technical, clinical and regulatory success.

Pfizer and BioNTech's program aims to revolutionize the vaccine field by providing an mRNA
candidate that, itself, has several key advantages, including the efficiency and flexibility of the
platform – which is apparent by the pace of the vaccine development and the unprecedented phase

1

This Statement of Work includes proprietary and confidential commercial data of Pfizer Inc. that shall not be disclosed outside the MCDC
Management Firm and the Government and shall not be duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate
this Statement of Work and negotiate any subsequent award. If, however, an agreement is awarded as a result of, or in connection with, the
submission of this data, the MCDC Management Firm and the Government shall have the right to duplicate, use, or disclose these data to the extent
provided in the resulting agreement. This restriction does not limit the MCDC Management Firm and the Government's right to use the information
contained in these data if they are obtained from another source without restriction. The data subject to this restriction are set forth on each page of
this Statement of Work.

An official website of the United States government  Here's how you know ˅

Back to home

☒ Pay maintenance fees   🛒 Order certified copies   🌐 Global Dossier   ⬇ Download   🖨 Print

## 09/869,003 | 15280-3862US: HIV RELATED PEPTIDES   `PUBLIC VIEW`

| Application # 09/869,003 | Confirmation # 6807 | Attorney Docket # 15280-3862US | Patent # 6,911,527 ☒ Issued - 06/28/2005 | Filing or 371 (c) date 09/25/2001 | Status Patented Case 06/08/2005 |

## Application data  ⬟

**Application type**
Utility

**Earliest publication #**
-

**Intl. registration # (Hague)**
-

**Examiner**
JEFFREY J STUCKER

**Earliest publication date**
-

**Intl. registration publication data**
-

**Group art unit**
1648

**Assignee for publication**
-

**Class/subclass**
530/328.000

**Confirmation #**
6807

**AIA (first inventor to file)**
No

**Entity status**
Regular Undiscounted

### Correspondence address

- Jean M Lockyer
Townsend & Townsend & Crew
8th Floor
Two Embarcadero Center
San Francisco, CA
UNITED STATES

### Inventors

Giuseppe Scala
Pozzuoli (IT)

Xueni Chen
Ann Arbor, MICHIGAN (US)

Oren J. Cohen
Bethesda, MARYLAND (US)

Anthony s. Fauci
Washington, DISTRICT OF COLUMBIA
(US)

### Applicants

ATTACHMENT 2 (three pages)

1/1

Serial Number: 09/869003                                    6
Art Unit: 1648

is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1, 2, and 7 are rejected under 35 U.S.C. 112, first paragraph, because the specification, while being enabling for an antigenic composition, does not reasonably provide enablement for a vaccine which protects against HIV-1. The specification does not enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the invention commensurate in scope with these claims.

The instant invention is drawn to a vaccine composition comprising SEQ ID NO: 1 but specification does not sufficiently support the full scope of the claimed vaccine. The term "vaccine", by definition, implies a preparation intended for active immunological prophylaxis; in deed, the instant specification at page 10 defines it as such. Although nearly any protein when inoculated can cause an immune reaction, the prophylactic nature of this reaction is not guaranteed and has to be experimentally determined. Prophylaxis is defined as the prevention of disease or of a process that can lead to disease. For example, the *Illustrated Dictionary of Immunology* defines vaccine as a composition that stimulates protective antibodies and T cell immunity and induces active immunity. Paul in *Fundamental Immunology* teaches that vaccines were developed primarily as a prophylactic measure to prevent

Serial Number: 09/869003                                    7
Art Unit: 1648

disease.  This is achieved by use of an antigenic agent to actively
stimulate the immunological mechanism, or the administration of
chemicals or drugs to members of a community to reduce the number
of carriers of a disease and to prevent others from contracting the
disease.  Testing protocols are designed to test the efficacy of
the vaccines which include challenge trials or natural exposure to
the disease agent in an endemic area.  Further, he teaches that
there is not always a correlation between seroconversion and
protection from disease.  given the teachings in the art, it is
clear that a compound that merely induces an immune response is not
sufficient but must be protective to qualify as a vaccine.  See at
the top of page 1312: "[T]here was not always a correlation between
seroconversion and protection from disease...."

The ability of a vaccine to raise a protective immune response
depends on the structure of the protein epitopes.  Paul teaches
that to determine the immunogenicity of certain regions of a
protein, knowledge of the three dimensional structure of the
protein is required to determine which polypeptides in a given
protein would be accessible on the surface of the protein in order
for the putative antigenic determinant to be bound by the antibody.
In addition, Paul states that mobility of the putative antigenic
determinant within the native protein structure is also a determin-
ing factor for the binding of the antigenic determinant to an